NATIONAL INSURANCE UNDERWRIT-
ERS, INC., Plaintiff-Appellant,

v.

KING CRAFT CUSTOM PRODUCTS,
INC., et al., Defendants-Appellees,

Carolyn A. Johnson, as Executrix of the
Estate of Jay Taylor Johnson, De-
ceased, Defendant-Appellee.

No. 73-2670

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 8, 1974.

Rehearing Denied March 13, 1974.

Gary P. Smith, Birmingham, Ala.,
Paul W. Engstrom, Gary W. Wester-
berg, Chicago, Ill., for plaintiff-appel-
lant.

Morris K. Sirote, Birmingham, Ala.,
for Carolyn Johnson.

Stanley D. Bynum, Birmingham, Ala.,
for King Craft and Nancy L. King.

Before WISDOM, AINSWORTH and
CLARK, Circuit Judges.

PER CURIAM:

National Insurance Underwriters
brought this declaratory judgment ac-
tion against the estate of its insured on
a policy of aircraft liability and hull in-
surance. The parties submitted certain
issues of policy interpretation to the
court below on a limited stipulation of
facts, reserving all other fact conflicts
for jury resolution. Finding the issues
submitted to be controlling, the court en-
tered judgment declaring the insurer lia-
ble under both the liability and hull cov-
erage portions of the policy. We affirm
on the basis of the analysis and reason-
ing set out in the memorandum opinion
of the district court published at 368 F.
Supp. 476 (N.D.Ala.1973).

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y. et al., 5th Cir.
1970, 431 F.2d 409, Part. I.